WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE7,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01886-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 6 & 7]**<br><br>**[First Request]** |

COMES NOW Plaintiff Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2 ("Deutsche Bank"), Defendant Fidelity National Title Insurance Company ("FNTIC") and Specially-appearing Defendant Fidelity National Title Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On September 24, 2020, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-821944-C [ECF No. 1-1];
2. On October 8, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On October 8, 2020, FNTIC filed its Amended Petition for Removal [ECF No. 2];
4. On October 20, 2020, FNTIC filed a Motion to Dismiss [ECF No. 6];
5. On October 20, 2020, FNTG also filed a Motion to Dismiss [ECF No. 7]
6. Deutsche Bank's deadline to respond to FNTIC's and FNTG's Motions to Dismiss is currently November 3, 2020;
7. Deutsche Bank's counsel is requesting a thirty day extension until Thursday, December 3, 2020, to file its response to FNTIC and FNTG's Motions to Dismiss;
8. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the pending Motions;
9. Counsel for FNTIC and FNTG does not oppose the requested extension;

///

///

///

///

///

///

///

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 3rd day of November, 2020. | DATED this 3rd day of November, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2* | /s/ Kevin Sinclair<br>Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __3__ day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT