Scott E. Gizer, Esq., Nevada Bar No. 12216
*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Plaintiff,

vs.

FIDELITY NATIONAL TITLE GROUP, INC. et al.,

Defendants.

Case No.: 2:20-CV-01886-GMN-BNW

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO OPPOSITIONS TO MOTION TO DISMISS AND COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 17, 19, 20)**

**(FIRST REQUEST)**

COMES NOW defendant Fidelity National Title Insurance Company (“Fidelity”) and plaintiff Deutsche Bank National Trust Company (“Deutsche Bank”), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On October 20, 2020, Fidelity and fellow defendant Fidelity National Title Group,

Inc. ("FNTG") filed their motions to dismiss (ECF No. 6, 7.);

2. On December 3, 2020 Deutsche Bank filed its response to Fidelity and FNTG's motions (ECF No. 17, 19) and filed a countermotion for partial summary judgment (ECF No. 20);

3. Fidelity and FNTG's deadline to respond to the oppositions to the motions to dismiss and countermotion for partial summary judgment is currently December 10, 2020;

4. Fidelity and FNTG request a brief extension of time to respond to the opposition to motion to dismiss and countermotion for partial summary judgment, until December 24, 2020, to afford Fidelity and FNTG additional time to respond to the legal arguments set forth in Deutsche Bank's motions;

5. Deutsche Bank does not oppose the requested extension;

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//



6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity and FNTG's deadline to respond to Deutsche Bank's oppositions to the motions to dismiss (ECF Nos. 17, 19) and countermotion for partial summary judgment (ECF No. 20) is hereby extended through and including December 24, 2020.

Dated: December 4, 2020

SINCLAIR BRAUN LLP

By: *_/s/-Kevin S. Sinclair_*
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: December 4, 2020

WRIGHT FINLAY & ZAK, LLP

By: *_/s/-Darren T. Brenner_*
DARREN T. BRENNER
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this __7__ day of December, 2020.

______________________________
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

