Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No.: 2:20-CV-01886-GMN-BNW |
| Plaintiff, | **STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC., ET AL., | |
| Defendants. | |

    Plaintiff Deutsche Bank National Trust Company and Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:



**WHEREAS**, this is one of several a title insurance coverage disputes pending in this district following an HOA foreclosure sale. The majority of cases concern the ALTA 1992 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 Endorsement and either the CLTA 115.1/ALTA 4 Endorsement or the CLTA 115.2/ALTA 5 Endorsement;

**WHEREAS**, one such matter is on appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal"). The parties to that case—whose counsel are also counsel in this action—have been advised that the Ninth Circuit is considering the *Wells Fargo II* Appeal for oral argument sometime in the Summer of 2021;

**WHEREAS**, the Parties anticipate that the Ninth Circuit Court of Appeals' decision in the *Wells Fargo II* Appeal will likely touch upon issues regarding the interpretation of the title insurance policy that could potentially affect the disposition of this action, particularly given some of the similarities between the policy at issue in *Wells Fargo II* Appeal and the policy here;

**WHEREAS**, because the *Wells Fargo II* Appeal has the potential to resolve certain matters at issue in this case, the Parties stipulate and agree that a stay of discovery in this particular case pending the outcome *Wells Fargo II* Appeal is appropriate;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Discovery between the Parties in the instant action shall immediately be **STAYED** pending the disposition of the *Wells Fargo II* Appeal. The Parties shall not file any motions to enforce Party discovery while this stay is pending.

2. The Parties shall not file any additional dispositive motions while this stay is pending.

3. Each of the Parties shall be excused from responding to any now-outstanding discovery requests propounded by the other until after the stay is lifted.

4. The scheduling order previously entered in this action shall be hereby **VACATED**.

5. Each of the Parties may request a further Fed. R. Civ. P. 26(f) conference at any time 180 days after the order granting this stipulation.

6. By entering into this stipulation, none of the Parties is waiving its right to subsequently

**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**

move the Court for an order lifting the stay in this action.

7.  Nothing contained in this stipulation will prevent the Parties from propounding and

enforcing subpoenas to third parties.

Dated:  March 27, 2021                         WRIGHT, FINLAY & ZAK

By:  ___/s/-Darren T. Brenner_____
DARREN T. BRENNER
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST
COMPANY

Dated:  March 27, 2021                         SINCLAIR BRAUN LLP

By:  ___/s/-Kevin S. Sinclair_____
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP,
INC. and FIDELITY NATIONAL TITLE
INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated this ___29___ day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**

