WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net

*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee, in Trust for The Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE7, <br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | Case No.:  2:20-cv-01886-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF Nos. 57, 58]**<br><br>**(First Request)** |

COMES NOW, Plaintiff, Deutsche Bank National Trust Company, as Trustee, in Trust for The Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 ("Deutsche Bank") and Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company ("Defendants", collectively, the "Parties"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 12, 2024, Defendants filed their Motion to Dismiss [ECF Nos. 57, 58][1];

2. Deutsche Bank's deadline to respond to Defendants' Motion to Dismiss is currently March 26, 2024;

3. This is one of five cases pending before this Court in which similar Motions to Dismiss have been filed and with the same deadline for a response[2]. Good cause exists for a brief extension as counsel for Deutsche Bank reasonably requires additional time to diligently prepare responses given the numerous Motions to Dismiss due at the same time. Deutsche Bank requests a two-week extension up to and including April 9, 2024 to file its response to Defendants' Motion to Dismiss;

4. Counsel for Defendants does not oppose the requested extension;

5. This is the first request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 25th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 25th day of March, 2024.

SINCLAIR BRAUN KARGHER LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
15260 Ventura Blvd., Ste 715
Sherman Oaks, California 91403
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: March 26, 2024

_____
DISTRICT COURT JUDGE

---

[1] Defendants inadvertently filed this Motion to Dismiss a second time as ECF 58 and intends to file a stipulated request to strike this duplicative filing.

[2] The other four cases being *Wells Fargo Bank, N.A. v. Commonwealth Land Title Insurance Company*, Case No. 2:19-cv-00803-GMN-EJY; *U.S. Bank National Association v. Fidelity National Title Group, Inc., et al*, Case No. 2:21-cv-01454-GMN-NJK; *U.S. Bank, National Association v. Fidelity National Title Insurance Company*, Case No. 2:19-cv-00809-GMN-BNW; *Wilmington Trust, National Association v. Commonwealth Land Title Insurance Company*, Case No. 2:18-cv-02023-GMN-BNW.