WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee, in Trust for The Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE7,<br><br>                    Plaintiff,<br><br>   vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>                    Defendant. | Case No.:  2:20-cv-01886-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF Nos. 57, 58]**<br><br>**(Second Request)** |

COMES NOW, Plaintiff, Deutsche Bank National Trust Company, as Trustee, in Trust for The Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 ("Deutsche Bank") and Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company ("Defendants"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 12, 2024, Defendants filed their Motion to Dismiss [ECF Nos. 57, 58][1];
2. Deutsche Bank's deadline to respond to Defendants' Motion to Dismiss is currently April 9, 2024 following an initial extension granted by this Court [ECF No. 63];
3. Since the initial extension, on April 4. 2024, the Ninth Circuit Court of Appeals issued a memorandum decision in *Wells Fargo Bank, N.A. v. Commonwealth Land Title Insurance Company*, Ninth Cir. Case No. 19-16181 (District Court Case No. 2:18-CV-00494-APG-BNW) ("*Wells Fargo*"). Deutsche Bank requires additional time to assess any potential impact of *Wells Fargo* on this matter;
4. Accordingly, good cause exists to grant a one-week extension up to and including April 16, 2024 for Deutsche Bank to file its response to Defendants' Motion to Dismiss;
5. Counsel for Defendants does not oppose the requested extension;
6. This is the second request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 9th day of April, 2024.

SINCLAIR BRAUN KARGHER LLP

/s/ *Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
15260 Ventura Blvd., Ste 715
Sherman Oaks, California 91403
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: April 9, 2024

_____
DISTRICT COURT JUDGE

---

[1] Defendants inadvertently filed this Motion to Dismiss a second time as ECF 58 and intends to file a stipulated request to strike this duplicative filing.