Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE GROUP, INC., AND
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-01886-GMN-BNW<br><br>**STIPULATION TO CONVERT VOLUNTARY DISMISSAL TO DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

    COMES NOW defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company, on the one hand, and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), on the other hand, by and through their respective attorneys of record, hereby agree and stipulate as follows:



1

**STIPULATION TO CONVERT VOLUNTARY DISMISSAL TO DISMISSAL WITH PREJUDICE**

1. On April 12, 2024, Deutsche Bank voluntarily dismissed this action without prejudice (ECF No. 68);

2. The Parties thereafter agreed that the action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs;

**IT IS SO STIPULATED** that the instant action is deemed **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated: April 24, 2024          SINCLAIR BRAUN KARGHER LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.
AND FIDELITY NATIONAL TITLE
INSURANCE COMPANY

Dated: April 24, 2024          WRIGHT FINLAY & ZAK LLP

By: _/s/-Christina V. Miller_
CHRISTINA V. MILLER
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

_____
THE HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

